No. 73–2039. Petty v. United States. C. A. 10th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–2042. Ficorelli v. United States. C. A. 6th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–7074. Rollins v. Florida. Sup. Ct. Fla. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–85. Oakland Raiders v. Office of Emergency Preparedness et al. Temp. Emerg. Ct. App. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–123. Izaak Walton League of America et al. v. St. Clair et al. C. A. 8th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–265. De Loraine v. MEBA Pension Trust et al. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–286. Bates v. Prudential-Grace Lines, Inc. C. A. 9th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–5045. Mason v. United States. C. A. 5th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 74–5091. Shirley v. State National Bank of Connecticut. C. A. 2d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.